**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: REESTABLISHMENT OF THE
MAGISTERIAL DISTRICTS WITHIN
THE 12th JUDICIAL DISTRICT OF
THE COMMONWEALTH OF
PENNSYLVANIA

:   NO. 516
:
:   MAGISTERIAL RULES DOCKET
:
:

**ORDER**

**PER CURIAM**

AND NOW, this 13th day of October 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 12th Judicial District (Dauphin County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the elimination of Magisterial District 12-3-02, within Dauphin County, to be effective January 1, 2024, is granted; and that the Petition, which provides for the realignment of Magisterial Districts 12-3-01 and 12-3-05, within Dauphin County, to be effective January 1, 2024, is granted; and that the Petition, which provides for the reestablishment of all remaining Magisterial Districts as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 12-1-01<br>Magisterial District Judge Marian Urrutia | Penbrook Borough<br>Susquehanna Township |
| Magisterial District 12-1-02<br>Magisterial District Judge Barbara Pianka | City of Harrisburg (Wards 5, 6, 10-1, 10-3, 11, 12, 14) |
| Magisterial District 12-1-04<br>Magisterial District Judge David F. O'Leary | City of Harrisburg (Wards 3, 4, 8, 9-1) |

Magisterial District 12-1-05  
Magisterial District Judge Hanif L. Johnson

City of Harrisburg (Wards 9-2, 9-3, 9-4, 9-5, 13)

Magisterial District 12-1-06  
Magisterial District Judge Joseph S. Lindsey

Lower Paxton Township (Precincts 1, 3, 5, 6, 8, 10, 13, 14, 15, 17, 18, 22, 23, 26, 27)

Magisterial District 12-2-01  
Magisterial District Judge Michael J. Smith

Lower Swatara Township  
Paxtang Borough  
Swatara Township (Wards 2, 4, 5, 6, 7, 8, 9)

Magisterial District 12-2-02  
Magisterial District Judge Kenneth A. Lenker

Highspire Borough  
Steelton Borough  
Swatara Township (Wards 1, 3)

Magisterial District 12-2-03  
Magisterial District Judge David H. Judy

Conewago Township  
Londonderry Township  
Middletown Borough  
Royalton Borough

Magisterial District 12-2-04  
Magisterial District Judge Sonya M. McKnight

City of Harrisburg (Wards 7, 10-2, 10-4, 15)

Magisterial District 12-2-05  
Magisterial District Judge Paul T. Zozos

City of Harrisburg (Wards 1, 2-1, 2-2)

Magisterial District 12-3-01  
Magisterial District Judge Rebecca Jo Margerum

Berrysburg Borough  
Elizabethville Borough  
Gratz Borough  
Halifax Borough  
Halifax Township  
Jackson Township  
Jefferson Township  
Lykens Borough  
Lykens Township  
Mifflin Township  
Millersburg Borough  
Pillow Borough  
Reed Township  
Rush Township  
Upper Paxton Township  
Washington Township  
Wayne Township  
Wiconisco Township

Williams Township
Williamstown Borough

Magisterial District 12-3-03
Magisterial District Judge William C. Wenner

Lower Paxton Township (Precincts 2, 4, 7, 9, 11, 12, 16, 19, 20, 21, 24, 25)

Magisterial District 12-3-04
Magisterial District Judge Dominic A. Pelino

Derry Township
Hummelstown Borough

Magisterial District 12-3-05
Magisterial District Judge Dale E. Klein

Dauphin Borough
East Hanover Township
Middle Paxton Towship
South Hanover Township
West Hanover Township